Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, <br><br> Plaintiff, <br><br> vs. <br><br> SVP PARTNERS, LLC, et al., <br><br> Defendants. | No. 1:15-cv-00920-MCE-GSA <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 15, 2015            MOORE LAW FIRM, P.C.


                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff
                                    Arthur Owens

1           **<u>ORDER</u>**

2      Good cause appearing, IT IS HEREBY ORDERED that this action be dismissed with

3  prejudice in its entirety.

4          IT IS SO ORDERED.

5  Dated:  September 18, 2015

7  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
8  UNITED STATES DISTRICT COURT